**RED RIVER VALLEY TELEPHONE CO., Appellant, v. J. S. ODLAND, as Receiver, etc. No. 9568.**

Circuit Court of Appeals, Eighth Circuit. May 17, 1933.

Theodore Kaldor, of Hillsboro, N. D., and Henry Leum, of Mayville, N. D., for appellant.

Tracy R. Bangs and Philip R. Bangs, both of Grand Forks, N. D., for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.

**Myron RETZKY et al. v. UNITED STATES of America. No. 4747.**

Circuit Court of Appeals, Seventh Circuit. April 12, 1933.

K. B. Czarnecki, of Chicago, Ill., for appellant.

Edward A. Fisher, of Chicago, Ill., for appellee.

PER CURIAM.

Now this day come the parties by their counsel, and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments by K. B. Czarnecki, counsel for appellant, and by Edward A. Fisher, counsel for appellee.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the District Court of the United States for the Northern District of Illinois, Eastern Division in this cause be, and the same is hereby affirmed. It is further ordered that the mandate of this court issue forthwith.

**George J. RISTOW v. John W. WALKER. No. 6448.**

Circuit Court of Appeals, Sixth Circuit. April 4, 1933.

Frederick J. Ward, of Detroit, Mich., for appellant.

PER CURIAM.

Docketed and dismissed pursuant to motion of appellant.